Steven J. Reisman, Esq.
Jerry L. Hall, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10122
Telephone: (212) 940-8800
Facsimile:  (212) 940-8876
sreisman@katten.com
jerry.hall@katten.com

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| NYGARD HOLDINGS (USA) LIMITED, et al.,[1] | Case No. 20-10828 (SMB) |
| Debtors in a Foreign Proceeding. | Jointly Administered<br>Re: Dkt No. 67 |

**NOTICE OF HEARING ON MOTION**
**OF FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER RECOGNIZING**
**AN ORDER OF THE CANADIAN COURT AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 28, 2020, the Foreign Representative[2] filed the

*Motion Of Foreign Representative For Entry of an Order Recognizing an Order of the Canadian*

*Court and Granting Related Relief* [Dkt 67] (the "Motion").  The deadline for parties to object or file

responses to the Motion or to the entry of a final order granting the relief requested in the Motion was

October 12, 2020 at 4:00 p.m. (prevailing Eastern Time).   On October 20, 2020, the Foreign

Representative filed a Certificate of No Objection [Dkt 69] with respect to the Motion.

---

[1]    The Debtors in these Chapter 15 cases, along with the last four digits of each Debtor's U.S. Federal Employer Identification Number ("FEIN") or Canada Revenue Agency Business Registration Number ("CRA") , are:  Nygard Holdings (USA) Limited (FEIN 3048), Nygard Inc. (FEIN 0509), Nygard NY Retail, LLC (FEIN 1672), Fashion Ventures, Inc. (FEIN 0956), Nygard International Partnership (FEIN 1535), Nygard Properties Ltd. (CRA 0003), Nygard Enterprises Ltd. (FEIN 7127), 4093887 Canada Ltd. (FEIN 1534), 4093879 Canada Ltd. (FEIN 1533).

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing (the "<u>Hearing</u>") on the Motion is to be held on **November 5, 2020 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York.  Due to the COVID-19 pandemic, and pursuant to General Order M-543 of the Bankruptcy Court for the Southern District of New York, the Hearing will be conducted telephonically.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to participate in the Hearing must make prior arrangements using CourtSolutions.  Instructions for registering with CourtSolutions can be found in General Order M-543, which can be accessed at: http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, Petition, and all documents filed in these chapter 15 cases are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from (i) the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), (ii) at the website maintained by the Receiver regarding the Receivership: https://www.richter.ca/insolvencycase/nygard-group; or (iii) upon written request to the Foreign Representative's undersigned counsel (including by facsimile or e-mail) at the addresses listed below.

Dated: October 30, 2020
      New York, New York

Respectfully submitted,

*/s/ Steven J. Reisman, Esq.*
Steven J. Reisman, Esq.
Jerry L. Hall, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10122
Telephone: (212) 940-8800
Facsimile: (212) 940-8876
sreisman@katten.com
jerry.hall@katten.com

*Counsel to the Foreign Representative*

2