# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

IN RE: Nygard Holdings (USA) Limited and Richter
Advisory Group

CASE NO.: 20−10828−dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:
99−0373048

CHAPTER:  15

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge David S Jones on March 1, 2021 for administration. Please style all future captions with the appropriate judicial suffix (dsj ).

Dated: March 1, 2021

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 20-10828-dsj |
| Nygard Holdings (USA) Limited | Chapter 15 |
| Richter Advisory Group | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nygard Holdings (USA) Limited, 1435 Broadway, New York, NY 10018-1909 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| frep | | Richter Advisory Group, 181 Bay Street, Suite 3510, Bay Wellington Tower, Toronto, Ontario, M5J 2T3, CANADA |
| 7744789 | + | 1431 Associates LLC, c/o Greenwald PC, 475 Park Avenue South- 26th FLoor, New York NY 10016-6922 |
| 7699257 | + | Ansell Grimm & Aaron, P.C., Attorneys for 1435 Broadway, LLC, 365 Rifle Camp Road, Woodland Park, New Jersey 07424-2775 |
| 7706850 | + | Buchalter, a Professional Corporation, Attorneys for Oracle America, Inc., 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 7697221 | + | HAHN & HESSEN LLP, 488 Madison Avenue, New York, NY 10022-5702 |
| 7704605 | + | Millennium Fashion of NJ, Inc., 104 W.40th Street, 5th Floor, Suite 500, NY NY 10018-3617 |
| 7704647 | + | THE BASIL LAW GROUP, P.C., Attorneys for Millennium Fashion, of New Jersey, Inc., 32 East 31st Street, 9th Floor, New York, NY 10016-6881 |
| 7725997 | | Zurich-American Insurance Co, PO Box 68549, Minneapolis, MN 60196 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 01 2021 21:40:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7754738 | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 01 2021 21:40:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento CA 95812-2952, Sacramento, CA 95812-2952 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7744797 | *+ | 1431 Associates LLC, c/o Greenwald PC, 475 Park Avenue South- 26th Fl, New York NY 10016-6922 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 14 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J D'Artiglio | on behalf of Creditor 1435 Broadway  LLC ajd@ansellgrimm.com, jb@ansellgrimm.com;carols@ansellgrimm.com |
| Fred Stevens | on behalf of Interested Party Peter J. Nygard fstevens@klestadt.com |
| Jerrold Lyle Bregman | on behalf of Creditor Bluprint Clothing Corp. sgubner@bg.law  jbregman@ebg-law.com |
| John E. Jureller, Jr. | on behalf of Debtor Nygard Holdings (USA) Limited jjureller@klestadt.com  jjureller@klestadt.com |
| Joshua Ian Divack | on behalf of Creditor White Oak Commercial Finance  LLC jdivack@hahnhessen.com, hahnhessen@ecf.inforuptcy.com;jdivack@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;dreinhart@hahnhessen.com |
| Joshua S. Bauchner | on behalf of Creditor 1435 Broadway  LLC jb@ansellgrimm.com, carols@ansellgrimm.com |
| Peter D'Apice | on behalf of Interested Party Jane Does Nos. 1-10 dapice@sbep-law.com |
| Robert James Basil | on behalf of Creditor Millennium Fashion of NJ  Inc. robertjbasil@rjbasil.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Steven J. Reisman | on behalf of Debtor Nygard NY Retail  LLC sreisman@katten.com, nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor Nygard Inc. sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor Fashion Ventures  Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor 4093879 Canada Ltd. sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor Nygard International Partnership sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Foreign Representative Richter Advisory Group sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor Nygard Holdings (USA) Limited sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor Nygard Properties Ltd. sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor Nygard Enterprises Ltd. sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Debtor 4093887 Canada Ltd. sreisman@katten.com  nyc.bknotices@katten.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Wayne M. Greenwald | on behalf of Creditor 1431 Associates LLC grimlawyers@aol.com |
| Wayne M. Greenwald | |

District/off: 0208-1                          User: admin                                    Page 3 of 3

Date Rcvd: Mar 01, 2021                  Form ID: 144                              Total Noticed: 14

on behalf of Creditor 1435 Broadway  LLC grimlawyers@aol.com

TOTAL: 22